IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Genaro Ramirez Moreno, ) | No. CV05-1471-PHX-SRB |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Joseph M. Arpaio, ) | |
| Defendant. ) | |

Plaintiff, Genaro Ramirez Moreno, filed his Civil Rights Complaint on May 18, 2005. On June 9, 2005, this Court issue an order advising Plaintiff to complete and return a service packet for Defendant by June 29, 2005. No service packet was returned. On August 15, 2005, the Court issued an order giving Plaintiff until September 23, 2005 to show cause why his case should not be dismissed for his failure to comply with the Court's June 9, 2005 order. The August 15, 2005 order was returned by the Post Office with the notation "Return to Sender - No Longer in Custody."

On September 27, 2005, the Magistrate Judge filed his Report and Recommendation recommending that this case be dismissed for Plaintiff's failure to serve the Defendant and for Plaintiff's failure to comply with the Court's order of June 9, 2005.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1  IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
2 as the order of this Court.
3  IT IS FURTHER ORDERED dismissing this case.
4  IT IS FURTHER ORDERED directing the Clerk to enter Judgment.

6  DATED this 4th day of October, 2005.

*[signature]*
Susan R. Bolton
United States District Judge